MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
VANS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VANS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | Case No. 2:19-cv-02970-GW-JEM<br><br>**DEFENDANT VANS, INC.'S NOTICE OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 116975974.1

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiffs Elia Haggar, Kyo Hak Chu, and Valerie Brooks and Defendant Vans, Inc. (collectively, the "Parties"), the above-captioned matter has been resolved.  The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated:  November 6, 2020        MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
    KATHY H. GAO
    Attorney for Defendant
    VANS, INC.