Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiffs and Proposed Class*

Kathy H. Gao, SBN 259019
kathy.gao@morganlewis.com
**MORGAN, LEWIS & BOCKIUS**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR; KYO HAK CHU; VALERIE BROOKS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>VANS, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-02970-GW-JEM<br><br>*Assigned for all purposes to Hon. George H. Wu*<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Elia Haggar, Kyo Hak Chu, and Valerie Brooks ("Plaintiffs"), and Defendant Vans, Inc. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice in its entirety in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

**IT IS SO STIPULATED.**

DATED: January 7, 2021                    Respectfully submitted,

                                                     WILSHIRE LAW FIRM

By: */s/ Thiago M. Coelho*
    Thiago M. Coelho
    *Attorney for Plaintiffs Elia Haggar,*
    *Kyo Hak Chu, and Valerie Brooks*

DATED: January 7, 2021                    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Kathy H. Gao*
    Kathy H. Gao
    *Attorneys for Defendant Vans, Inc.*

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Thiago M. Coelho, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 7, 2021          By: /s/ *Thiago M. Coelho*
                                     Thiago M. Coelho